UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COLEEN SHACKLEWOOD,<br><br>                           Plaintiff,<br><br>-against-<br><br>HEALTH RECEIVABLES MANAGEMENT, INC. D/B/A PROGRESSIVE RECOVERY TECHNIQUES,<br><br>                         Defendant. | 3:09 cv 1487 (AWT)<br>ECF CASE<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the First Amended Complaint, the accompanying Memorandum of Law, and all other prior pleadings and proceedings had herein, defendant Health Receivables Management, Inc., by and through its attorneys, Feder Kaszovitz LLP, will move this Court, before the Honorable Alvin W. Thompson, at the United States Courthouse for the District of Connecticut, Abraham Ribicoff Federal Building, 450 Main Street, Suite 240, Hartford, Connecticut 06103, on a date and time to be set by the Court, for an Order and Judgment pursuant to Rule12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint herein for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court deems just and

proper.

Dated: New York, New York
       December 8, 2009

                                                        THE DEFENDANT

                                                        By: _____
                                                           R. Jeffrey More phv03731
                                                        Feder Kaszovitz LLP
                                                         845 Third Avenue
                                                         New York, New York 10022
                                                         (212) 888-8200

                                                         Toby M. Schaffer
                                                         # 303068; CT 06076
                                                         Shapiro & Siegel, P.C.
                                                         733 Summer Street
                                                         Stamford, CT 06901
                                                         (203) 327-2273

TO:   Joanne S. Faulkner, Esq.
       123 Avon Street
       New Haven, Connecticut 06511
       (203) 772-0395
       ***Attorney for Plaintiff***

2

## **ORDER**

The foregoing motion to dismiss having been heard by the Court, it is hereby

Ordered:    Granted/Denied

THE COURT

By:_____

This is to certify that a copy of the foregoing motion was mailed on December 8, 2009, to plaintiff's attorney:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, Connecticut 06511

_____
R. Jeffrey More
Feder Kaszovitz LLP
845 Third Avenue
New York, New York 10022

3