UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
COLEEN SHACKLEWOOD            :
                              :
     v.                       :    CASE NO. 3:09CV1487  (AWT)
                              :
HEALTH RECEIVABLES MANAGEMENT,:
INC., d/b/a PROGRESSIVE       :
RECOVERY TECHNIQUES           :
```

JUDGMENT

This action having come on for consideration of the defendant's motion to dismiss, before the Honorable Alvin W. Thompson, United States District Judge, and

The court, having considered the full record of the case including applicable principles of law, and having filed a ruling granting the motion without prejudice, and plaintiff was given leave to amend their complaint within 30 days, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Health Receivables Management, d/b/a Progressive Recovery Techniques.  Should the plaintiff file an amended complaint within 30 days, the clerk will reopen the file.

Dated at Hartford, Connecticut, this 16th day of February, 2010.

ROBIN D. TABORA, Clerk

By ___/s/ SLS_____
     Sandra Smith
EOD _____                              Deputy Clerk