UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
COLEEN SHACKLEWOOD            :
                              :
     v.                       :     CASE NO. 3:09CV1487  (AWT)
                              :
HEALTH RECEIVABLES MANAGEMENT,:
INC., d/b/a PROGRESSIVE       :
RECOVERY TECHNIQUES           :
```

CORRECTED JUDGMENT

This action having come on for consideration of the defendant's motion to dismiss, before the Honorable Alvin W. Thompson, United States District Judge, and

The court, having considered the full record of the case including applicable principles of law, and having filed a ruling granting the motion without prejudice, and plaintiff was given leave to amend her complaint within 21 days, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing plaintiff's complaint.  Should the plaintiff file an amended complaint within 21 days, the clerk will reopen the case.

Dated at Hartford, Connecticut, this 18th day of February, 2010.

                                   ROBIN D. TABORA, Clerk


                              By    /s/ SLS
                                   Sandra Smith
                                   Deputy Clerk

EOD _____